UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JARED DOUGLAS MURRAY,<br><br>　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　Defendant. | Case No. 6:22-CV-00265-AR<br><br><br>ORDER |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is ORDERED that John E. Haapala, Jr., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $16,209.50. Counsel may retain the $5,572.83 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the award, leaving a net amount of $10,636.67 due to counsel. The Commissioner will deduct from this amount an administrative assessment pursuant to 42 USC § 406(d), and pay Plaintiff's counsel the remainder.

DATED: October 15, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JEFF ARMISTEAD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Presented by:
John E. Haapala, Jr.; OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff